UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE LA SPINA,

                Plaintiff,

    -against-

U.S. ATTORNEY'S OFFICE; Financial Litigation Unit,

                Defendant.

21-CV-1556 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

    The Clerk of Court is directed to issue a summons as to Defendant U.S. Attorney's Office, Financial Litigation Unit. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).

For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

SO ORDERED.

Dated:  New York, New York
4/26/21

_____
JOHN G. KOELTL
United States District Judge