UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE LA SPINA,

                Plaintiff,

    - against -

UNITED STATES ATTORNEY'S OFFICE,
FINANCIAL LITIGATION OFFICE,

                Defendant.

21-cv-1556 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The case is stayed pending a determination whether counsel will be appointed to represent the plaintiff.

SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                              John G. Koeltl
                                      United States District Judge