UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE LA SPINA,

        Plaintiff,

- against -

UNITED STATES ATTORNEY'S OFFICE,
FINANCIAL LITIGATION OFFICE,

        Defendant.

21-cv-1556 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should appear by telephone for a conference on **June 16, 2022**, at **11:00 a.m.** Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated: June 15, 2022
      New York, New York

                              /s/ John G. Koeltl
                              John G. Koeltl
                           United States District Judge