UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE LA SPINA,

               Plaintiff,

- against -

UNITED STATES ATTORNEY'S OFFICE,
FINANCIAL LITIGATION OFFICE,

               Defendant.

21-cv-1556 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file a letter indicating whether he wishes to maintain this matter as a separate civil action by June 24, 2022.

SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                            _____
                                            John G. Koeltl
                                         United States District Judge